EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| Ex parte:<br><br><br>Annabelle L. Mullen Pacheco | 2024 TSPR 30<br><br>213 DPR ___ |
| --- | --- |

Número del Caso: TS-16,299


Fecha: 1 de abril de 2024


Abogada de la peticionaria:

    Por derecho propio


Materia: Readmisión al ejercicio de la abogacía.


Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*Ex parte*:

Annabelle L. Mullen Pacheco          TS-16,299

RESOLUCIÓN

En San Juan, Puerto Rico, a 1 de abril de 2024.

Examinada la *Moción en cumplimiento con orden de 26 de enero de 2024 sobre solicitud de cambio a estatus de abogada activa en el Registro Único de Abogados y Abogadas* que presentó la Sra. Annabelle L. Mullen Pacheco, se provee ha lugar y se autoriza su readmisión al ejercicio de la abogacía.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo